BEFORE THE FIRST DIVISION, JANUARY 4, 1965

**No. 68986.**—R. & F. Shoe Co. *v.* United States, protests 116118–K, 116119–K, and 117286–K (Pittsburgh).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of huaraches, style numbers 101, 102, and 106, similar in all material respects to those the subject of Abstract 68706, the claim of the plaintiff was sustained.

**No. 68987.**—Shelby Williams Mfg., Inc. *v.* United States, protests 63/15894–14050 and 63/5589–13365 (Chicago).

Opinion by NICHOLS, J. Since the protests were filed more than 60 days after liquidation, they were dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, JANUARY 4, 1965

**No. 68988.**—The Rembar Co., Inc. *v.* United States, protests 61/13982, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of integral, necessary components of electrical X-ray apparatus or instruments, which are not X-ray tubes or parts thereof, the claim of the plaintiff was sustained.